# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHRISTOPHER SLAUGHTER**                                                            **PLAINTIFF**

**v.**                                               **No: 4:20-cv-01052-LPR**

**BILL GILKY**                                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Christopher Slaughter's Complaint is DISMISSED without prejudice.  Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 16th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE